UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT
_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand and fifteen,

_____

In Re: Lehman Brothers Inc.

--------------------------------------------------------------------------------------

ANZ Securities, Inc., BMO Capital Markets Corp., FKA Harris Nesbitt Corp., BNY Mellon Capital Markets, LLC, Cabrera Capital Markets, LLC, BNP Paribas FS, LLC, as successor in interest to Fortis Securities, LLC,, FKA Fortis Investment Services, LLC, National Australia Bank Ltd., SunTrust Robinson Humphrey, Inc., The Williams Capital Group, L.P., DNB Markets, Inc., FKA DnB Nor Markets, Inc., nabSecurities, LLC,

       Appellants,

v.

James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.,

       Trustee - Appellee.

_____

ORDER
Docket No: 14-3686

Counsel for APPELLEE James W. Giddens has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting March 20, 2015 as the brief filing date.

It is HEREBY ORDERED that Appellee's brief must be filed on or before March 20, 2015. If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).]

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

